No. 69, Misc. DeLevay *v.* Scott et al. C. A. 4th Cir. Certiorari denied.

No. 71, Misc. Gordon *v.* Rhay, Superintendent, Washington State Penitentiary. Supreme Court of Washington. Certiorari denied.

No. 72, Misc. Russo *v.* Illinois. Supreme Court of Illinois. Certiorari denied.

No. 73, Misc. Edwards *v.* United States. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 74, Misc. Hoyland *v.* United States. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 77, Misc. McCartney *v.* United States. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 78, Misc. Barker *v.* Ohio. Supreme Court of Ohio. Certiorari denied.

No. 81, Misc. Holly *v.* Smyth, Superintendent, Virginia State Penitentiary. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 82, Misc. Vance *v.* New York. Court of Appeals of New York. Certiorari denied.